***E-FILED - 11/20/08***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PAUL E. RAY, | ) | No. C 06-6002 RMW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | |

The court having denied the instant petition for writ of habeas corpus on the merits, hereby enters judgment in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: __11/17/08__

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
G:\Pro-Se\SJ.RMW\HC.06\Ray002.jud.md